In re: BOY SCOUTS OF AMERICA; and DELAWARE BSA LLC

    Allianz Global Risks US Inurance Company;

    National Surety Corporation;

    Interstate Fire & Casualty Company,

                                    Appellants