OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 12, 2023

David M. Fournier
Troutman Pepper
1313 Market Street
Suite 5100, Hercules Plaza
P.O. Box 1709
Wilmington, DE 19899

Marcy J. McLaughlin Smith
Troutman Pepper
1313 Market Street
Suite 5100, Hercules Plaza
P.O. Box 1709
Wilmington, DE 19899

RE: In re: Boy Scouts of America and Delaware BSA LLC
Case Number: 23-1673
District Court Case Number: 1-22-cv-01237

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System. See 3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

Enclosed is case opening information regarding the above-captioned appeal filed by **National Surety Corp, Interstate Fire & Casualty Co, Allianz Global Risks US Insurance Co**, docketed at **No. 23-1673**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Please note:** If any party has filed one of the motions listed in Fed.R.App.P 4(a)(4) after the notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed. The case in the court of appeals will not be stayed absent such notification.

### Counsel for Appellant

As counsel for Appellant(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Civil Information Statement
4. Disclosure Statement (except governmental entities)
5. Concise Summary of the Case
6. Transcript Purchase Order Form.
These forms must be filed within **fourteen (14) days** of the date of this letter.

**Failure of Appellant(s) to comply with any of these requirements by the deadline will result in the DISMISSAL of the case without further notice. 3rd Circuit LAR Misc. 107.2.**

### Counsel for Appellee

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed within **fourteen (14) days** of the date of this letter.

Parties who do not intend to participate in the appeal must notify the Court in writing. This notice must be served on all parties.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: Legal Assistant/nmb/sb
267-299-4926

nmb/sb/cc:  John E.W. Baay II
Marla S. Benedek
Mary E. Borja
Theodore J. Boutrous Jr.
Robert S. Brady
Daniel N. Brogan
Charles J. Brown III
Robert D. Cecil Jr.
Bruce D. Celebrezze
Sophie R. Churchill
Ashley-Anne Criss
Kyle Y. Dechant
Richard J. Doren
Gilion C. Dumas
Mark W. Eckard
David Elbaum
Kenneth J. Enos
Blaine H. Evanson
Gregory J. Flasser
Douglas R. Gooding
Eric R. Goodman
Debra I. Grassgreen
Susan N. Gummow
Lloyd A. Gura
Kurt F. Gwynne
James L. Hallowell
Matthew A. Hamermesh
Edwin J. Harron
Robert K. Hill
December L. Huddleston
Ashley E. Jacobs
Rachel H. Jennings
Michael J. Joyce
Mitchell A. Karlan
Kathleen K. Kerns
David M. Klauder
Alan J. Kornfeld
Konrad R. Krebs
Carl N. Kunz III
Paul A. Logan
Christopher D. Loizides
Kim V. Marrkand
Jonathan D. Marshall
Robert C. Martin
Hannah J. McCollum
Bruce W. McCullough

William E. McGrath Jr.
Laura K. McNally
Rachel B. Mersky
Kathleen M. Miller
Stephen M. Miller
Pamela J. Milnetto
David J. Molton
Iain A.W. Nasatir
James E. O'Neill III
Richard M. Pachulski
Kami E. Quinn
Tori L. Remington
Deirdre Richards
Louis J. Rizzo Jr.
Seth M. Rokosky
Michael A. Rosenthal
Maria A. Sawczuk
Ronald P. Schiller
Stamatios Stamoulis
Brian A. Sullivan
Matthew G. Summers
Thaddeus J. Weaver
William H. White Jr.
Delia L. Wolff
Tacie H. Yoon